UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Robert Murphy, Jr,
Debtor

Case No. 22-10480-CJP
Chapter 13

## MOTION FOR AUTHORITY TO DISBURSE FUNDS

Now comes Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Creditor") and, through counsel, respectfully requests that this Court approve Harmon Law Offices, P.C. to disperse funds considering the following:

1. On July 23, 2024, the Court ordered Robert Murphy, Jr. ("Debtor") to make adequate protections payments to be held in escrow by Harmon Law Offices, P.C. (Docket No. 195) pending resolution of the Creditor's Motion for Relief (Docket No. 47) and Debtor's Objection to Creditor's claim (Docket No. 84).

2. On February 6, 2025, Debtor filed a voluntary motion to dismiss, which was granted on February 7, 2025 (Docket No. 257).

3. Harmon Law Offices, P.C. is currently holding the sum of $25,512.16 in its escrow account and, out of an abundance of caution considering the Court's July 23, 2024 Order, seeks authority to dispurse these funds directly to Creditor to be applied contractually to the subject loan.

4. Although the case has been dismissed, it remains administatively open pending conclusion of the Chapter 13 Trustee's final report (Docket No. 269).

WHEREFORE, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and Harmon Law Offices, P.C. requests that this Court issue an order allowing it to disperse the subject funds or any other relief that is deems appropriate.

Respectfully submitted,
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for



        Pretium Mortgage Acquisition Trust,
        By its Attorney

        /s/ Joseph Dolben
        Joseph Dolben
        BBO#  673113
        Harmon Law Offices, P.C.
        PO Box 610389
        Newton Highlands, MA 02461
        (617)558-0500
        mabk@harmonlaw.com

Dated: April 22, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Robert Murphy, Jr,<br>Debtor | Case No. 22-10480-CJP<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Joseph Dolben, state that on April 22, 2025, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Brian D. Flick
Carolyn Bankowski
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Robert Murphy, Jr
262 Webster St
Auburndale, MA 02466

    Respectfully submitted,
    Wilmington Savings Fund Society, FSB, d/b/a
    Christiana Trust, not individually but as trustee for
    Pretium Mortgage Acquisition Trust,
    By its Attorney

    /s/ Joseph Dolben
    Joseph Dolben
    BBO# 673113
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: April 22, 2025